FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL RAYSHAWE WALLACE, | CASE NO. CV 07-05752 RGK (SS) |
| Petitioner, | **ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| MIKE EVANS, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that the Petition is dismissed with prejudice. **IT IS FURTHER ORDERED** that Judgment shall be entered dismissing this action

\\
\\
\\

1  with prejudice and that the Clerk serve copies of this Order and the
2  Judgment herein on Petitioner and counsel for Respondent.
3
4       **LET JUDGMENT BE ENTERED ACCORDINGLY.**
5
6  DATED:
7           MAR 1 0 2008                    /s/ Gary Klausner
                                     _____
8                                    R. GARY KLAUSNER
                                     UNITED STATES DISTRICT JUDGE