FILED
CLERK, U.S. DISTRICT COURT

MAR 1 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL RAYSHAWE WALLACE, | CASE NO. CV 07-05752 RGK (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MIKE EVANS, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   MAR 10 2008

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE